

# Fourth Court of Appeals
## San Antonio, Texas

December 7, 2018

No. 04-18-00553-CR

Nicole Patrice **SELECTMAN,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 144th Judicial District Court, Bexar County, Texas
Trial Court No. 2015CR9689
Honorable Lorina I. Rummel, Judge Presiding

# O R D E R

The court reporter's request second request for an extension of time to file the reporter's record is GRANTED. The reporter's record is due on **12/10/18**.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 7th day of December, 2018.


_____
KEITH E. HOTTLE,
Clerk of Court